

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NOS. AP-76,272 & AP-76,273

### EX PARTE JAMES EDWARD MOTT, Applicant

### ON APPLICATIONS FOR WRITS OF HABEAS CORPUS CAUSE NOS. 33092CR & 33093CR IN THE 40TH DISTRICT COURT FROM ELLIS COUNTY

*Per curiam.*

### O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court these applications for writs of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of burglary of a habitation, sentenced to eighty years' imprisonment, and tampering with evidence, sentenced to five years' imprisonment.

Applicant contends that his counsel rendered ineffective assistance because she failed to timely file a notice of appeal.

The trial court has determined that trial counsel failed to timely file a notice of appeal. We

find, therefore, that Applicant is entitled to the opportunity to file an out-of-time appeals of the judgment of convictions in Cause Nos. 33092CR and 33093CR from the 40th Judicial District Court of Ellis County. Applicant is ordered returned to that time at which he may give written notice of appeal so that he may then, with the aid of counsel, obtain a meaningful appeal. All time limits shall be calculated as if the sentence had been imposed on the date on which the mandate of this Court issues. We hold that, should Applicant desire to prosecute an appeal, he must take affirmative steps to file written notice of appeal in the trial court within 30 days after the mandate of this Court issues.

Delivered: January 13, 2010
Do Not Publish